IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| DEREK WHEELING BURNETT, ) <br>     Plaintiff, ) <br> ) <br>        v. ) <br> ) <br> BLUEFORCE, INC., ) <br>     Defendant. ) <br> ) | Civil Action No. 4:20CV183 (RCY) |

**FINAL ORDER**

This matter is before the Court on the parties' Stipulation of Dismissal (ECF No. 50), filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). It appearing to the Court that all matters of controversy in this action have been settled, it is hereby ORDERED that this action is DISMISSED WITH PREJUDICE. Each party will bear its own costs and attorneys' fees. The Court shall, however, retain jurisdiction for the sole purpose of enforcing the terms of the settlement agreement, if necessary.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

                                               /s/
                                        Roderick C. Young
                                        United States District Judge

Richmond, Virginia
Date: February 17, 2022